# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

  -vs-                                Case Nos. 16-C-617
                                              11-CR-34

**JAIME TORRIJOS-GONZALEZ,**

    Movant.

## DECISION AND ORDER

Jaime Torrijos-Gonzalez filed a letter requesting assistance with a motion for relief under *Johnson v. United States*, 135 S. Ct. 2551 (2015). Liberally construed, this filing is a motion for relief under 28 U.S.C. § 2255. Within **thirty (30) days** of the date of this Order, Torrijos-Gonzalez must complete and file the required form for actions under § 2255. Civil L.R. 9(a)(1) (E.D. Wis.). The Clerk of Court is directed to provide a copy of the form.

Dated at Milwaukee, Wisconsin, this 26th day of May, 2016.

                                        **SO ORDERED:**

                                        **HON. RUDOLPH T. RANDA**
                                        **U.S. District Judge**